UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

MATTO MGMT NY LLC and MATTO FRANCHISE LLC,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/24/2020_

19 Civ. 2801 (AT) (SN)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above entitled action is referred to Magistrate Judge Sarah Netburn for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>____ECF No. 38 (discovery dispute)____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ☐ | Habeas Corpus |
| ☒ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated: February 24, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge