UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GRACIELA DONCOUSE,

                               **Plaintiff,**                      19-CV-2801 (AT)(SN)

        -against-                                      **DISCOVERY CONFERENCE ORDER**

MATTO MGMT NY LLC, et al.,

                               **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference to discuss the issues raised in Plaintiff's February 24, 2020 letter is scheduled for Friday, March 06, 2020, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. By Wednesday, March 04, 2020, Defendants shall file a response to Plaintiff's letter.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      March 2, 2020
                 New York, New York