# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • F: 646.786-3170
E: Jason@levinepstein.com

March 4, 2020

*<u>Via Electronic Filing</u>*
The Honorable Magistrate Judge Sarah Netburn
U.S. District Court Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    *Doncouse v. Matto MGMT NY LLC et al*
              Case No.: 1:19-cv-2801

Dear Honorable Magistrate Judge Netburn:

      This law firm is counsel to Defendants Matto Mgmnt NY LLC and Matto Franchise LLC (collectively, the "**Defendants**") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rule 1(g), this letter respectfully serves as a request to supplement Defendants' March 3, 2020 letter motion [Dckt. No. 41], to adjourn the discovery conference scheduled for March 6, 2020 at 3:30 p.m., to Wednesday, March 18, 2020 at 12:00 p.m. (*i.e.* on the date of the upcoming Case Management Conference).

      It has come to the undersigned's attention that the March 18, 2020 Case Management Conference will be held before Judge Torres, and not before Your Honor. As such, Defendants respectfully request that the discovery conference scheduled for March 6, 2020 at 3:30 p.m. be adjourned to a date and time set by the Court after March 18, 2020.

      This is the second request for an adjournment of the discovery conference. Plaintiff's counsel has consented to this request. This adjournment would not affect any other scheduled deadlines.

      In light of the foregoing, Defendants respectfully request that the discovery conference scheduled for March 6, 2020 at 3:30 p.m., be adjourned a date and time set by the Court after March 18, 2020

      Thank you, in advance, for your time and consideration.

      Respectfully submitted,

      LEVIN-EPSTEIN & ASSOCIATES, P.C.

      By:  */s/ Jason Mizrahi*
           Jason Mizrahi
           420 Lexington Avenue, Suite 2525
           New York, New York 10170
           Tel. No.:  (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Defendants Matto Mgmnt NY LLC and Matto Franchise LLC*

VIA ECF: All Counsel