UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

MATTO MGMT NY LLC AND MATTO FRANCHISE LLC,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2020_

19 Civ. 2801 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the discovery conference scheduled before the Honorable Sarah Netburn, the case management conference scheduled for March 18, 2020, is ADJOURNED *sine die*. The Court will set a new date for the conference once the pending discovery issues are resolved.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge