UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE, on behalf of herself and
all others similarly situated,

                          Plaintiff,

        -against-

MATTO MGMT NY LLC AND MATTO
FRANCHISE LLC,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2020

19 Civ. 2801 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff's request for a sixty-day stay of all deadlines in this action, ECF No. 49, is DENIED. On March 17, 2020, the Honorable Sarah Netburn—to whom this action is referred for general pretrial management, ECF No. 39—granted the parties' requests to extend the close of discovery to June 16, 2020, on essentially the same grounds as Plaintiff puts forward in support of the instant motion. ECF Nos. 47, 48. The Court is confident that further motions to adjourn specific deadlines, because of specific delays caused by the ongoing public health crisis, will receive due consideration. However, Plaintiff's motion does not provide sufficient justification to stay the action outright.

The Clerk of Court is directed to terminate the motion at ECF No. 49.

SO ORDERED.

Dated: April 8, 2020
       New York, New York

ANALISA TORRES
United States District Judge