```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/22/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

MATTO MGMT NY LLC AND MATTO FRANCHISE LLC,

                    Defendants.

19 Civ. 2801 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    Discovery in this action is set to close on June 16, 2020. ECF No. 48. Accordingly, it is ORDERED that a case management conference shall be held on **July 2, 2020**, at **11:00 am**. The conference shall proceed telephonically; the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **June 25, 2020**, the parties shall file a joint status letter as described in paragraph 16 of the case management plan, ECF No. 29.

    SO ORDERED.

Dated: April 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge