```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACIELA DONCOUSE,

                              **Plaintiff,**                      19-CV-2801 (AT)(SN)

        -against-                                        <u>**ORDER**</u>

**MATTO MGMT NY LLC, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        By Order dated March 17, 2020, the Court directed the parties to file a joint letter by April 16, 2020, updating the Court as to the status of discovery and describing any outstanding discovery disputes. The parties have not filed a status letter in compliance with that Order. The parties are therefore directed to file a joint letter by May 11, 2020, updating the Court as to the status of discovery.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:       May 5, 2020
                  New York, New York