```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACIELA DONCOUSE,

                              Plaintiff,                      19-CV-2801 (AT)(SN)

       -against-                                **DISCOVERY**
                                                        **CONFERENCE ORDER**

MATTO MGMT NY LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic discovery conference to discuss the issues raised by the parties' May 11, 2020 Letter is scheduled for Tuesday, May 19, 2020, at 2:30 p.m. At that time, the parties should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 11, 2020
                 New York, New York