```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**GRACIELA DONCOUSE,**

                      **Plaintiff,**                            **19-CV-2801 (AT)(SN)**

        **-against-**                                **SETTLEMENT CONFERENCE**
                                                                    **ORDER**

**MATTO MGMT NY LLC, et al.,**

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A settlement conference is scheduled for Thursday, July 30, 2020, at 10:00 a.m. The conference will be held by telephone and the Court will provide call-in information to the parties by email in advance of the conference.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, July 23, 2020.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                              _____
                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:       July 13, 2020
                New York, New York