UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACIELA DONCOUSE,

                              Plaintiff,                           19-CV-2801 (AT)(SN)

        -against-                                       **ORDER**

MATTO MGMT NY LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared for a settlement conference on Thursday, July 30, 2020, where they reached an agreement in principal. Accordingly, the Court directed the parties to file a stipulation of dismissal by August 7, 2020. The parties have not filed a stipulation of dismissal. The parties are therefore ORDERED to file a stipulation of dismissal or a joint letter updating the Court as to the status of settlement by no later than Monday, August 17, 2020.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:       August 12, 2020
                    New York, New York